## The Midland Pacific Railroad Co. v. Newman.

1. The decision in the preceding case of The Midland Pacific Railroad Company v. McCartney, affirmed.

This, like the preceding case, was brought up by petition in error from the District Court of Otoe county. It was argued in connection with that cause.

*S. H. Calhoun* and *J. H, Croxton,* for plaintiffs in error.

*I. N. Shambaugh,* for defendant in error.

LAKE, J.

The record in this case presents precisely the same questions as have already been passed upon in the case of The Midland Pacific Railroad v. McCartney, decided at this term of the court.

For the reasons stated in the opinion in that case, the judgment of the District Court in this must be affirmed.

Judgment affirmed.